# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

    v.                                        **Case No. 15-CR-176**

**FRANK SANDERS**
        **Defendant.**

## ORDER

On March 2, 2016, I sentenced defendant Frank Sanders to 12 months in prison, running consecutively to a state revocation sentence, as jointly recommended by the parties. On June 6, 2016, defendant filed a pro se request that I amend the sentence to make the terms concurrent. The court generally lacks authority to modify a sentence after it has been imposed. 18 U.S.C. § 3582(c). Defendant's request, based on programming limitations related to the federal detainer/consecutive sentence, triggers none of the exceptions in § 3582(c).

**THEREFORE, IT IS ORDERED** that his request (R. 23) is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 13th day of June, 2016.

                                    /s Lynn Adelman
                                    LYNN ADELMAN
                                    District Judge